

**FILED & ENTERED**

**JAN 09 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Crystal Waterfalls LLC,<br>        Debtor. | Case No.:  2:15-bk-27769-ER<br>Chapter:   11<br><br>**ORDER CONTINUING HEARING ON MOTION TO APPROVE COMPROMISE WITH THE LEE GROUP [DOC. NO. 446] FROM JANUARY 17, 2018 AT 10:00 A.M. TO JANUARY 18, 2018 AT 10:00 A.M., TO TAKE PLACE CONCURRENTLY WITH RELATED HEARINGS IN THIS CASE**<br><br>**CONTINUED HEARING DATE:**<br><br>Date:      January 18, 2018<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

   Good cause appearing, the Court HEREBY ORDERS that the hearing on the "Motion for Order Approving Settlement With the Lee Group" [Doc. No. 446] is CONTINUED from January 17, 2018 at 10:00 a.m. to January 18, 2018, at 10:00 a.m., so that the hearing may take place concurrently with related hearings in the case of Liberty Asset Management Corporation.

IT IS SO ORDERED.

###

Date: January 9, 2018

Ernest M. Robles
United States Bankruptcy Judge