1  Jeremy V. Richards (CA Bar No. 102300)
2  Gail S. Greenwood (CA Bar No. 169939)
   Erin Gray (CA Bar No. 157658)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
5  Facsimile:  310/201-0760
   Email: jrichards@pszjlaw.com
6         ggreenwood@pszjlaw.com
7         egray@pszjlaw.com

8  Attorneys for Bradley D. Sharp, Plan Administrator under
   the Confirmed First Amended Chapter 11 Plan of
9  Liquidation Dated January 31, 2018 for Liberty Asset
   Management Corporation

10

11              **UNITED STATES BANKRUPTCY COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13                 **LOS ANGELES DIVISION**

14  In re:                              Case No.: 2:15-bk-27769-ER

15  CRYSTAL WATERFALLS, LLC,            Chapter 11

16                                      **SUPPLEMENTAL DECLARATION OF**
          Debtor and Debtor In Possession.   **BRADLEY J. SHARP IN SUPPORT OF**
17                                      **ENTRY OF FINAL ORDER (1)**
                                        **DISMISSING CHAPTER 11 CASE, (2)**
18                                      **DISMISSING ADVERSARY PROCEEDING,**
                                        **AND (3) APPROVING DISTRIBUTION TO**
19                                      **LIBERTY ASSET MANAGEMENT**
                                        **CORPORATION**
20
                                        Date:    August 20, 2019
21                                      Time:    11:00 a.m.
                                        Place:   Courtroom 1568
22                                               255 East Temple Street
                                                 Los Angeles, CA 90012
23

24

25

26

27

28
          I, Bradley D. Sharp, declare as follows:

                              1

1.    I am the Plan Administrator for Liberty Asset Management Corporation ("Liberty") under the *First Amended Chapter 11 Plan of Liquidation dated January 31, 2018* (the "Liberty Plan")[Exhibit A to Liberty Doc. No. 609]. On June 18, 2018, the Liberty Plan was confirmed by order of this Court in Case Number 2:16-bk-13575 [Liberty Doc. No. 665]. The Liberty Plan went effective on July 2, 2018. [Liberty Docket No. 678.] As Plan Administrator, I am the sole representative of the Liberty Estate. [Liberty Plan [Docket No. 609], at Article VII(D)(1).]

2.    I am authorized to file this declaration on behalf of Liberty pursuant to the terms of the Liberty Plan, and in support of the entry of the *Final Order (1) Dismissing Chapter 11 Case, (2) Dismissing Adversary Proceeding and (3) Approving Distributions to Liberty Asset Management Corporation* (the "Final Dismissal Order").

3.    On August 19, 2019, counsel to the Debtor contacted my attorney by an email which stated the following, "We are filing the final MOR. I cut the checks as identified in the attached MOR, with the Liberty wire being done when the order is entered. Lisa Skaist from my office will be attending the hearing. You should advise the court about it all being done." A copy of the email and the August Monthly Operating Report (the "August MOR") that was attached (though has not yet been filed) is attached as **Exhibit A**.

4.    Based on the August MOR, Debtor's counsel represents that the following fees are owing by the Debtor and will be paid as follows (the "Final Fees"):

(a) OUST 2019 Q1 $650.00

(b) OUST 2019 Q2 $650.00

(c) OUST 2019 Q3: $10,400.00

(d) Grobstein Teeple LLP Fees for 3/2018-8/2019: $39,602.50

(e) Ian Landsberg Fees for June 2019: $3,309.00

(f) Ian Landsberg Fees for July 2019:  $400.00

(g) Ian Landsberg Fees for August 2019:  $3,900.00

5.    Debtor's counsel also indicates that after paying all of the Final Fees, a remaining balance of $4,061,588.39 will be available for distribution to Liberty (the "Final Liberty Distribution").

DOCS_LA:323873.1 52593/003

6.      Based on the representations in the August MOR and subject to the OUST verifying that the amount of the fees owing to the OUST is correct, the Plan Administrator has no objection to the dismissal of the chapter 11 case pursuant to the terms of the Interim Dismissal Order and the REVISED Final Dismissal Order, a redlined copy of which is attached hereto as **Exhibit B**.  A clean copy of the REVISED Final Dismissal Order has been separately lodged.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20 day of August, 2019 at Los Angeles, California.

Bradley D. Sharp, Plan Administrator

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

**EXHIBIT A**

**Gini Downing**

| | |
|---|---|
| **Subject:** | FW: Crystal |
| **Attachments:** | August 2019 MOR.PDF |

**Importance:** High

---

**From:** Ian Landsberg [mailto:ilandsberg@sklarkirsh.com]
**Sent:** Monday, August 19, 2019 5:25 PM
**To:** Erin Gray
**Cc:** Ian Landsberg
**Subject:** Crystal

We are filing the final MOR. I cut the checks as identified in the attached MOR, with the Liberty wire being done when the order is entered.  Lisa Skaist from my office will be attending the hearing.  You should advise the court about it all being done.

**IAN S. LANDSBERG**
**PARTNER**



1880 Century Park East
Suite 300
Los Angeles, California 90067
310.845.6416  MAIN
310.929.4469  FAX
ILANDSBERG@SKLARKIRSH.COM
WWW.SKLARKIRSH.COM

**CONFIDENTIALITY NOTICE:** This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Sklar Kirsh, LLP.

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>    Crystal Waterfalls, LLC<br><br><br>                                        Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                    2:15-bk-27769-ER<br>Operating Report Number:                    45<br>For the Month Ending:        August 31, 2019 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          11,821,653.31

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL          7,701,153.42
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          4,120,499.89

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing          0.00
    Accounts Receivable - Pre-filing          0.00
    General Sales          0.00
    Other (Specify)          0.00
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:          0.00

5.  BALANCE:          4,120,499.89

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)          0.00
    Disbursements (from page 2)          4,120,499.89

    TOTAL DISBURSEMENTS THIS PERIOD:***          4,120,499.89

7.  ENDING BALANCE:          0.00

8.  General Account Number(s):

    Depository Name & Location:          Crystal Waterfalls LLC
                                                         Park Inn Covina #5520

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | Amount |
|---|---|---|---|---|
| 8/15/2019 | - | United States Trustee | 2019 Q1 Fees | $ 650.00 |
| 8/15/2019 | - | United States Trustee | 2019 Q2 Fees | $ 650.00 |
| 8/15/2019 | - | United States Trustee | 2019 Q3 Fees | $ 10,400.00 |
| 8/15/2019 | - | Grobstein Teeple LLP | Accounting Fees (March 2018 - August 2019) | $ 39,602.50 |
| 8/15/2019 | - | Ian Landsberg | Legal Fees (June 2019) | $ 3,309.00 |
| 8/15/2019 | - | Ian Landsberg | Legal Fees (July 2019) | $ 400.00 |
| 8/15/2019 | - | Ian Landsberg | Legal Fees (August 2019) | $ 3,900.00 |
| 8/15/2019 | - | Liberty | Final creditor payment | $ 4,061,588.39 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 4,120,499.89 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

## GENERAL ACCOUNT
## BANK RECONCILIATION

Bank statement Date: _____8/31/2019_____    Balance on Statement: _____$0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                   | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                  | 0.00 |

Bank statement Adjustments:                        _____
Explanation of Adjustments-

New owner CC settlements

ADJUSTED BANK BALANCE:                                     | $0.00 |

* It is acceptable to replace this form with a similar form

** Please attach a detailed explanation of any bank statement adjustment

# I. D SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 0.00 |

*Other Accounts: _____   _____

_____   _____

*Other Monies: _____

| | |
|---|---|
| **Petty Cash (from below): | 0.00 |

**TOTAL CASH AVAILABLE:**                                0.00

## Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL PETTY CASH TRANSACTIONS:**                          0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

II.  STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due | Note |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL DUE: | 0.00 | |

### III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 0.00
Total Wages Paid: _____

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| | | | |
| | | | |
| TOTAL: | 0.00 | 0.00 | |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
| --- | --- | --- | --- |
| | | Pre-Petition | Post-Petition |
| 30 days or less | 0.00 | 0.00 | 0.00 |
| 31 - 60 days | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | 0.00 | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 | 0.00 |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Frequency of Payments (Mo/Qtr) | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
| --- | --- | --- | --- | --- | --- |
| General Liability | Cal Capital Ins Co | Q | - | N/A | N/A |
| Worker's Compensation | Worker's Compensation | M | - | N/A | N/A |
| Casualty | Cal Capital Ins Co | Q | - | N/A | N/A |
| Vehicle | Cal Capital Ins Co | M | - | N/A | N/A |
| Others: | | | | | |
| | | | | | |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
| --- | --- | --- | --- | --- | --- |
| US Trustee | | 4,875.00 | 19-Feb-2016 | 4,875.00 | 0.00 |
| US Trustee | | 4,875.00 | 30-Mar-2016 | 4,875.00 | 0.00 |
| US Trustee | | 6,500.00 | 30-Jun-2016 | 6,500.00 | 0.00 |
| US Trustee | | 6,500.00 | 11-Oct-2016 | 6,500.00 | 0.00 |
| US Trustee | | 6,500.00 | 30-Jan-2017 | 6,500.00 | 0.00 |
| US Trustee | | 4,875.00 | 7-Feb-2017 | 4,875.00 | 0.00 |
| US Trustee | | 13,000.00 | 3-May-2017 | 13,000.00 | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 47,125.00 | | 47,125.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

## IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | | 4,832,233.30 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | | 4,832,233 |
| | | |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | - |
| Purchases | | - |
| Less: Ending Inventory at cost | | - |
| Cost of Goods Sold (COGS) | | - |
| | | |
| **Gross Profit** | | 4,832,233 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | 1,388,036 |
| Payroll Taxes | | 191,326 |
| Other Taxes (Itemize) | | - |
| Depreciation and Amortization | | - |
| Rent Expense - Real Property | | 577,196 |
| Lease Expense - Personal Property | | 8,820 |
| Room Department Expense | | 677,707 |
| Administrative and General | | 674,432 |
| Insurance | | 204,700 |
| Real Property Taxes | | 321,920 |
| Sales and Marketing Dept | | 94,706 |
| Telephone & IT | | 108,845 |
| Utilities | | 357,145 |
| Franchise Fees | | 282,783 |
| Management Fees | | 144,952 |
| Repairs and Maintenance | | 139,692 |
| Travel and Entertainment (Itemize) | | - |
| Miscellaneous Operating Expenses (Itemize) | | 796 |
| Owners Expense | | 104,485 |
| Total FFE Reserve | | 9,618 |
| Total Operating Expenses | | 5,287,160 |
| | | |
| Net Gain/(Loss) from Operations | | (454,926) |
| | | |
| **Non-Operating Income:** | | |
| Interest Income | 0.00 | - |
| Net Gain on Sale of Assets (Itemize) | 0.00 | |
| Other (Sale of Hotel) | | 11,478,135 |
| Total Non-Operating income | 0.00 | 11,478,135 |
| | | |
| **Non-Operating Expenses:** | | |
| Interest Expense | 0.00 | 0.00 |
| Legal and Professional (Itemize) | 0.00 | 0.00 |
| Other (Itemize) | 0.00 | 0.00 |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| | | |
| **NET INCOME/(LOSS)** | 0 | 11,023,209 |

(Attach exhibit listing all itemizations required above)

## X. BALANCE SHEET
### (ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Cash in Debtor's Counsel's Trust Account | - | |
| Unrestricted Cash Cathay Bank not managed by IHR | - | |
| Restricted Cash | - | |
| Accounts Receivable | | |
| Inventory | - | |
| Notes Receivable | | |
| Prepaid Expenses | - | |
| Other (Itemize) - Guest Ledger | | |
| **Total Current Assets** | | - |
| | | |
| Property, Plant, and Equipment | | |
| Accumulated Depreciation/Depletion | - | |
| **Net Property, Plant, and Equipment** | | - |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | - | |
| Other (Itemize) | - | |
| **Total Other Assets** | | - |
| **TOTAL ASSETS** | | - |
| | | |
| **LIABILITIES** | | |
| Post-petition Liabilities: | | |
| Accounts Payable | | |
| Accrued Taxes | | |
| Accrued Payroll | | |
| Accrued Property Taxes | | |
| Accrued Management Fees | | |
| Accrued Expense | | |
| Secured Debt | | |
| Other (Itemize) | | |
| **Total Post-petition Liabilities** | | - |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 41,058,114 | |
| Priority Liabilities | 795,252 | |
| Unsecured Liabilities | 6,023,834 | |
| Other (Itemize) | - | |
| **Total Pre-petition Liabilities** | | 47,877,200 |
| **TOTAL LIABILITIES** | | 47,877,200 |
| | | |
| **EQUITY:** | | |
| Pre-petition Owners' Equity | 361,850 | |
| Post-petition Profit/(Loss) | (454,927) | |
| Direct Charges to Equity | (47,784,123) | |
| **TOTAL EQUITY** | | (47,877,200) |
| **TOTAL LIABILITIES & EQUITY** | | (0) |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | x | ___ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | x | ___ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | x | ___ |

I, Howard Grobstein,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____          Page 10 of 10          _____
Date                                                  Principal for debtor-in-possession

# EXHIBIT B

1   Jeremy V. Richards (CA Bar No. 102300)
2   Gail S. Greenwood (CA Bar No. 169939)
    Erin Gray (CA Bar No. 157658)
3   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
4   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
5   Facsimile:  310/201-0760
    Email: jrichards@pszjlaw.com
6          ggreenwood@pszjlaw.com
           egray@pszjlaw.com
7
8   Attorneys for Bradley D. Sharp, Plan Administrator under
    the Confirmed First Amended Chapter 11 Plan of
9   Liquidation Dated January 31, 2018 for Liberty Asset
    Management Corporation
10

11              UNITED STATES BANKRUPTCY COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                  LOS ANGELES DIVISION

14   In re:                              Case No.: 2:15-bk-27769-ER

15   CRYSTAL WATERFALLS, LLC,            Chapter 11

16           Debtor and Debtor In Possession.   **[PROPOSED] REVISED FINAL ORDER (1)
17                                       DISMISSING CHAPTER 11 CASE, (2)
                                         DISMISSING ADVERSARY PROCEEDING,
18                                       AND (3) APPROVING DISTRIBUTION TO
                                         LIBERTY ASSET MANAGEMENT
19                                       CORPORATION**

20                                       Date:     August 20, 2019
                                         Time:     11:00 a.m.
21                                       Place:    Courtroom 1568
                                                   255 East Temple Street
22                                                 Los Angeles, CA 90012

23

24          This Court, having reviewed and considered the *Declaration of Bradley D. Sharp in Support*

25   *of Entry of Final Order (1) Dismissing Chapter 11 Case, (2) Dismissing Adversary Proceeding and*

26   *(3) Approving Distribution to Liberty Asset Management Corporation* (the "Declaration"), the

27   *Supplemental Declaration of Bradley D. Sharp in Support of Entry of Final Order (1) Dismissing*

28   *Chapter 11 Case, (2) Dismissing Adversary Proceeding and (3) Approving Distribution to Liberty*

                                            1

DOCS_LA:323504.3 52593/003 ~~DOCS_LA:323504.3 52593/003~~

Formatted: Font: Italic

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   *Asset Management Corporation* (the "Supplemental Declaration"), the *Order Approving Motion for*

2   *Structured Dismissal of Chapter 11 Case* (Docket No 478) (the "Initial Dismissal Order") previously

3   entered by this Court, and finding that all of the Conditions Precedent to dismissal in the Initial

4   Dismissal Order have been satisfied and the B3 Appeal[1] has been fully and finally resolved, and

5   other good cause appearing therefore,

6       It is hereby ORDERED:

7       1.    This chapter 11 case is dismissed pursuant to the terms of this Order and the Initial

8   Dismissal Order, which is incorporated by this reference.

9       2.    The adversary proceeding known as *Liberty Asset Management Corporation v.*

10   *Crystal Waterfalls, LLC, Golden Bay Investments, LLC and Lucy Gao* (2:16-ap-01145) is dismissed.

11   ~~3.    The Debtor shall pay the Residual Proceeds in the amount of $_____ to~~

12   ~~the Plan Administrator for Liberty Asset Management Corporation within 3 business days of the~~

13   ~~entry of this Order.~~

14       3.    The Debtor shall pay the following within 3 days of the entry of this Order (the "Final

15   Fees") and shall file its final report with the OUST on that same date:

16       a.   (a) OUST 2019 Q1 $650.00

17       b.   (b) OUST 2019 Q2 $650.00

18       c.   (c) OUST 2019 Q3: $10,400.00

19       d.   (d) Grobstein Teeple LLP Fees for 3/2018-8/2019: $39,602.50

20       e.   (e) Ian Landsberg Fees for June 2019: $3,309.00

21       f.   (f) Ian Landsberg Fees for July 2019: $400.00

22       g.   (g) Ian Landsberg Fees for August 2019: $3,900.00

23       4.    The Debtor shall pay the Residual Proceeds in the amount of $4,061,588.39 (the

24   "Final Liberty Distribution") to the Plan Administrator for Liberty Asset Management Corporation

25   within 3 business days of the entry of this Order.

26

27

28

---

[1] Capitalized terms not defined in this Order have the meanings given to them in the Initial Dismissal Order.

2

DOCS_LA:323504.3 52593/003DOCS_LA:323504.3 52593/003

*Formatted: Underline*

*Formatted: PldgBody, Indent: Left: 0", First line: 0.5"*

*Formatted: Underline*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  ~~4.    The Debtor shall pay $_____ to the OUST on account of the Final OUST~~

2  ~~Fees within 3 business days of the entry of this Order and shall file its final report with the OUST on~~

3  ~~that same date.~~

4      5.    Notwithstanding the provisions of Bankruptcy Code section 349(b), the orders

5  entered during the course of this case (including any orders entered in adversary proceedings)

6  and the transactions consummated during the course of this chapter 11 case shall remain in

7  full force and effect.

8

9                                    ###

10

11

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***SUPPLEMENTAL DECLARATION OF BRADLEY J. SHARP IN SUPPORT OF ENTRY OF FINAL ORDER (1) DISMISSING CHAPTER 11 CASE, (2) DISMISSING ADVERSARY PROCEEDING, AND (3) APPROVING DISTRIBUTION TO LIBERTY ASSET MANAGEMENT CORPORATION*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 20, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 20, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 20, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**PERSONAL DELIVERY**
Honorable Ernest M. Robles
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2019 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                   **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:323873.1 52593/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:15-bk-27769-ER**

- *Kyra E Andrassy    kandrassy@swelawfirm.com,*
  *lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com*
- *Lei Lei Wang Ekvall    lekvall@swelawfirm.com,*
  *lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Ronald S Gellert    rgellert@gsbblaw.com*
- *Barry S Glaser    bglaser@swesq.com, erhee@swesq.com*
- *David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com*
- *Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com,*
  *lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Isra Shah    ishah@rwglaw.com, shahisra@gmail.com*
- *Paul R Shankman    pshankman@jhindslaw.com, mduran@jhindslaw.com*
- *Rachel M Sposato    rsposato@jhindslaw.com, mduran@jhindslaw.com*
- *Timothy F Umbreit    tim@timumbreit.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Scott S Weltman    colcaecf@weltman.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov*

2. **SERVED BY UNITED STATES MAIL**:

Dykema Gossett LLP
333 So. Grand Avenue, Suite 2100
Los Angeles, CA 90071

Shelby Ho a/k/a Tsai Luan Ho
126 Atherton Avenue
Atherton, CA 94027

Benjamin Kirk
2648 E Workman Ave #3001-263
West Covina, CA 91791

Robert A Lisnow
10866 Wilshire Blvd Ste 400
Los Angeles, CA 90024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.